**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

GEORGE JEAN
a/k/a JEAN GEORGE, #660423,

    Petitioner,

vs.                                        Case No. 3:05cv379/MCR/EMT

STATE OF FLORIDA,

    Respondent.
                                     /

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 27, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

       Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2. This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g).

       3. All pending motions are **DENIED** as moot.

       4. The clerk is directed to close the file.

       **DONE AND ORDERED** this 7th day of December, 2005.

                                           s/ *M. Casey Rodgers*
                                           **M. CASEY RODGERS
                                           UNITED STATES DISTRICT JUDGE**